UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AARON C. BENSON, <br><br> Plaintiff, <br><br> v. <br><br> AUDIT SYSTEMS, INC., <br><br> Defendant. | Case No. 4:18-cv-00904-ALM <br><br> Honorable Amos L. Mazzant |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, AARON C. BENSON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, AUDIT SYSTEMS, INC. , with prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 18, 2019

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 18, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim