UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AARON C. BENSON,<br><br>    Plaintiff,<br>v.<br><br>AUDIT SYSTEMS, INC.,<br><br>    Defendant. | Case No: . 4:18-cv-00904-ALM<br><br>Honorable Judge Amos L. Mazzant |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, AARON C. BENSON, ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Notice of Voluntary Dismissal and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 20th day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE